**99–807.   Toledo Bar Assn. v. Zerner.**

On July 19, 1999, the parties filed a joint stipulation for an order placing respondent's Exhibit H under seal. Upon consideration thereof,

IT IS ORDERED by this court, effective September 9, 1999, that the stipulation be, and is hereby, granted, and respondent's Exhibit H will be maintained under seal by the Clerk's Office of this court.

RESNICK, J., not participating.